

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00562-CV

**IN THE INTEREST OF T.B., G.H., AND E.W.**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant E.O.'s second motion for extension of time to file her brief is GRANTED. Appellant's brief was filed on November 26, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court